IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| KELLY BLAND, <br><br> Plaintiff, <br><br> v. <br><br> CHW GROUP, INC., <br><br> Defendant. | Case No. 4:24-cv-00876-O-BP |

### JOINT NOTICE OF RESOLUTION AND REQUEST FOR TEMPORARY STAY

Defendant CHW Group, Inc. ("Defendant"), for itself and on behalf of Plaintiff Kelly Bland (individually, "Plaintiff," and together with Defendant, the "Parties"), with Plaintiff's notice and permission, respectfully inform the Court that the Parties have reached a tentative resolution of all the Parties' differences and disputes in the above-captioned matter. The Parties anticipate that a notice of voluntary dismissal of Plaintiff's claims against Defendant will be filed in the next sixty (60) days. In the meantime, the Parties respectfully and jointly request that the Court vacate any and all pending deadlines (including but not limited to Defendant's responsive pleading deadline on November 15, 2024, *see* Dkt. 8) and temporarily stay the case, and that the Court retain jurisdiction and not dismiss the matter at this time. As Plaintiff does not have CM/ECF filing privileges, this filing is being submitted by Defendant with Plaintiff's notice and permission.

Dated: November 13, 2024

Respectfully submitted,

By: /s/ *Leoncio A. Gil, III*

**C. BRENTON KUGLER**
Texas State Bar No. 11756250
brent.kugler@solidcounsel.com
SCHEEF & STONE, L.L.P.
500 North Akard, Suite 2700
Dallas, Texas 75201

(214) 706-4200 - Telephone
(214) 706-4242 – Facsimile

and

**LEONCIO A. GIL, III**
Texas State Bar No. 24094204
leon.gil@solidcounsel.com
SCHEEF & STONE, L.L.P.
2600 Network Blvd., Suite 400
Frisco, Texas 75034
(214) 472-2100 – Telephone
(214) 472-2150 – Facsimile

and

**JOHN W. MCGUINNESS**
jmcguinness@manatt.com
(*Pro Hac Vice* to be requested)
**A. PAUL HEERINGA**
pheeringa@manatt.com
(*Pro Hac Vice* to be requested)
MANATT, PHELPS & PHILLIPS, LLP
1050 Connecticut Avenue, NW, Suite 600
Washington, D.C. 20036
Telephone: 202-585-6500
Facsimile: 202-585-6600

**ATTORNEYS FOR DEFENDANT**

By: */s/ Kelly Bland*        (with permission)

Kelly Bland, *Pro Se*
1001 Prairie Heights Dr
Fort Worth, TX
Tel: 817-903-2161
Email: kellybland516@gmail.com

**PLAINTIFF**

**CERTIFICATE OF SERVICE**

  I certify that on, November 13, 2024, a true and correct copy of the foregoing document was electronically filed with the Court's ECF system to be sent via the electronic notification system to all counsel of record in the above-captioned matter.  Service will also be made to Plaintiff via her last known email address: kellybland516@gmail.com.

              By: /s/ *Leoncio A. Gil, III*
                **LEONCIO A. GIL, III**