IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| KELLY BLAND, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:24-CV-00876-O |
| | § | |
| CHW GROUP INC., | § | |
| | § | |
| | § | |
| Defendant. | § | |

# ORDER

Before the Court is Plaintiff's Motion to Dismiss. Having considered the motion, the Court finds good reason to **GRANT** the motion. FED R. CIV P. 41(a)(2).

Thus, all Plaintiff's claims against all Defendants in the above-captioned matter, *Bland v. CHW Group Inc.,* No. 4:24-cv-876-O-BP (N.D. Tex. 2024), are hereby **DISMISSED with prejudice.**

**SO ORDERED** this **8th** day of **January**, **2025.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**

1